1  KEVIN F. KIEFFER (Nevada Bar No. 7045)
   kevin.kieffer@troutmansanders.com
2  LAUREN E. GROCHOW (admitted *pro hac vice*)
   lauren.grochow@troutmansanders.com
3  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
4  Irvine, CA 92614-2545
   Telephone:   949.622.2700
5  Facsimile:   949.622.2739

6  MERRIL HIRSH (admitted *pro hac vice*)
   merril.hirsh@troutmansanders.com
7  CANDICE C. SHANG (admitted *pro hac vice*)
   candice.shang@troutmansanders.com
8  TROUTMAN SANDERS LLP
   401 9th St., N.W., Suite 1000
9  Washington, D.C. 20005
   Telephone:   202.274.2950
10
   CRAIG R. DELK (Nevada Bar No. 2295)
11 CRD@thorndal.com
   THORNDAL, ARMSTRONG, DELK
12 BALKENBUSH & EISINGER
   1100 E. Bridger Avenue
13 Las Vegas, NV 89101
   Telephone:   702.366.0622
14 Facsimile:   702.366.0327

15 *Attorneys for Plaintiff-Relator Joshua Luke*

16              UNITED STATES DISTRICT COURT

17                    DISTRICT OF NEVADA

| | |
|---|---|
| 18  UNITED STATES OF AMERICA, *ex rel.*, Joshua Luke, | Case No. 2:13-cv-01319-APG-VCF |
| 19 | |
| 20              Plaintiff, | **STIPULATION AND ORDER PERMITTING A CONSOLIDATED OPPOSITION AND CONSOLIDATED REPLY WITH CONSOLIDATED PAGE LIMITS ON DEFENDANTS' THREE MOTIONS TO DISMISS** |
| 21  v. | |
| 22  HEALTHSOUTH CORPORATION, *et al.* | |
| 23              Defendants. | |

24      Plaintiff-Relator Joshua Luke by and through his undersigned counsel, and Defendants

25 HealthSouth Corporation, HealthSouth of Henderson, Inc., Kenneth Bowman, Jerry Gray, and

26 Jaya Patel ("Defendants"), by and through their undersigned counsel of record, hereby stipulate

27 and agree, subject to the Court's approval as follows:

28

32039626

1. On July 24, 2017, Defendants filed three motions to dismiss in this action – a joint motion (Dkt. No. 58); a Motion by Defendants HealthSouth of Henderson, Jaya Patel, Kenneth Bowman, and Jerry Gray filed a Motion to Dismiss for Failure to State a Claim or, in the Alternative, for a More Definite Statement and Supporting Memorandum Based on the Limitation of "Count One" on July 24, 2017 (Dkt. No. 59) and a Motion by Defendants HealthSouth Corporation and Jerry Gray filed a Motion to Dismiss for Failure to State a Claim Based on Alleged "Inaction" on July 24, 2017 (Dkt. No. 60). Together, the three briefs in support of these motions total 38 pages. Dr. Luke's response is due to be filed August 7, 2017. Defendants' reply is due to be filed August 14, 2017.

2. Dr. Luke believes that it will be simpler and more efficient to file one consolidated response, rather than burden the Court with three briefs each of which could (under the rules) be as long as 25 pages. By consolidating the briefing, Dr. Luke would file a single brief that would be no longer than the combined length of Defendants' three briefs.

3. Likewise, and for the same reasons, Defendants would file a single consolidated reply brief that would be no longer than one-half the combined length of Defendants' three briefs.

4. Accordingly, the parties respectfully request that (1) Dr. Luke be permitted to file a single consolidated opposition in one brief limited to no more than 38 pages, and (2) Defendants be permitted to file a single consolidated reply brief limited to no more than 19 pages.

**IT IS SO ORDERED.**

Dated: August 2, 2017.

_____
UNITED STATES DISTRICT JUDGE

32039626

| | |
|---|---|
| DATED this 1st day of August, 2017. | |
| TROUTMAN SANDERS LLP | PISANELLI BICE, PLLC |
| /s/Kevin Keiffer<br>KEVIN F. KEIFFER, ESQ.<br>Nevada Bar No. 7045<br>5 Park Plaza, Suite 1400<br>Irvine, CA 92614-2545 | /s/ James Pisanelli<br>JAMES J. PISANELLI ESQ.<br>Nevada Bar No. 4027<br>400 S. 7th Street, Suite 300<br>Las Vegas, NV 89101 |
| THORNDAL, ARMSTRONG, DELK,<br>BALKENBUSH & EISINGER | NORTON ROSE FULBRIGHT US LLP |
| | /s/ R. Jeffrey Layne<br>R. JEFFREY LAYNE, ESQ.<br>*Admitted pro hac vice* |
| CRAIG R. DELK, ESQ.<br>Nevada Bar No. 2295<br>1100 E. Bridger Avenue<br>Las Vegas, NV 89101 | 98 San Jacinto Blvd., Suite 1100<br>Austin, TX 78701-4255 |
| *Attorneys for Plaintiff-Relator Joshua Luke* | *Attorneys for Defendants HealthSouth Corp.<br>And HealthSouth of Henderson, Inc.* |
| | SEMENZA KIRCHER RICKARD |
| | /s/Christopher D.Kircher<br>CHRISTOPHER D. KIRCHER, ESQ.<br>Nevada Bar No. 11176<br>10161 Park Run Drive, Suite 150<br>Las Vegas, NV 89145 |
| | BRADLEY ARANT BOULT<br>CUMMINGS LLP |
| | /s/ Elizabeth Hamrick<br>ELIZABETH HAMRICK, ESQ.<br>Nevada Bar No. 9414<br>200 Clinton Avenue West, Suite 900<br>Huntsville, AL 35801 |
| | *Attorneys for Defendants Jaya Patel,<br>Kenneth Bowman, and Jerry Gray* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

32039626