# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, Joshua Luke,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HEALTHSOUTH CORPORATION, *et al.*,<br><br>　　　　　　Defendants. | 2:13-cv-01319-APG-VCF<br>**ORDER** |

Before the Court is the Joint Rule 26(f) Report, Discovery Plan and Scheduling Order (ECF No. 69).

Accordingly,

IT IS HEREBY ORDERED that a discovery hearing on the Joint Rule 26(f) Report, Discovery Plan and Scheduling Order (ECF No. 69) is scheduled for 11:00 AM, September 7, 2017, in Courtroom 3D.

DATED this 22nd day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE