1  James J. Pisanelli, Esq.
   Nevada Bar No. 4027
2  PISANELLI BICE, PLLC
   400 South 7th Street, Suite 300
3  Las Vegas, Nevada 89101
   Telephone:    (702) 214-2100
4  Facsimile:    (702) 214-2101
   Email: jjp@pisanellibice.com
5
6  R. Jeffrey Layne, ESQ.
   Admitted *pro hac vice*
7  NORTON ROSE FULBRIGHT US LLP
   98 San Jacinto Blvd., Suite 1100
8  Austin, TX 78701-4255
   Telephone:    (512) 474-5201
9  Facsimile:    (512) 536-4598
   Email: jeff.layne@nortonrosefulbright.com

10  *Attorneys for Defendants HealthSouth Corp.*
11  *And HealthSouth of Henderson, Inc.*

12              **UNITED STATES DISTRICT COURT**

13                   **DISTRICT OF NEVADA**

14  UNITED STATES OF AMERICA, *ex rel.*,      Case No.: 2:13-cv-01319-APG-VCF
15  Joshua Luke,

16              Plaintiff,                    **STIPULATION AND ORDER TO MOVE
                                              DATE OF DISCOVERY HEARING SET
                                              FOR SEPTEMBER 7, 2017**
17  v.

18  HEALTHSOUTH CORPORATION,                  **(First Request)**
19  HEALTHSOUTH OF HENDERSON INC.,
    KENNETH BOWMAN, JERRY GRAY, and
20  JAYA PATEL,

21              Defendants.

22

23          Plaintiff-Relator Joshua Luke ("Plaintiff"), as relator in this action, by and through his

24  undersigned counsel, and Defendants HealthSouth Corporation, HealthSouth of Henderson, Inc.,

25  Kenneth Bowman, Jerry Gray, and Jaya Patel ("Defendants"), by and through their undersigned

26  counsel of record, hereby stipulate and agree, subject to this Court's approval, as follows:

27

28
                                          1

1.  Whereas, on August 22, 2017, the Court set a discovery hearing in this action for September 7, 2017;

2.  Whereas, R. Jeffrey Layne, counsel for Defendants HealthSouth Corporation and HealthSouth of Henderson Inc., will be taking his daughter to the U.K. for her freshman year of college, and will be unavailable from September 7 to September 14;

3.  Whereas, Plaintiff has agreed to move the date of the discovery hearing to one of the following mutually agreeable dates:  September 20, September 21, or the morning of September 22.  If necessary for the Court's schedule, the parties could also be available on the following dates: September 26 or September 27.

This stipulated extension is requested so that all counsel will be able to attend the initial discovery conference.  This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.  This is the first stipulation for extension of time to move the discovery conference.

DATED this 28th day of August, 2017.

PISANELLI BICE PLLC

/s/ *James J. Pisanelli*
JAMES J. PISANELLI, ESQ.
Nevada Bar No. 4027
400 S. 7th Street, Suite 300
Las Vegas, NV 89101

DATED this 28th day of August, 2017.

NORTON ROSE FULBRIGHT US LLP

/s/ *R. Jeffrey Layne*
R. JEFFREY LANE, ESQ.
Admitted *pro hac vice*
98 San Jacinto Blvd., Suite 1100
Austin, TX  78701-4255

*Attorneys for Defendants HealthSouth Corp.*
*And HealthSouth of Henderson, Inc.*

DATED this 28th day of August, 2017.

TROUTMAN SANDERS LLP

/s/ *Kevin Keiffer*
KEVIN F. KEIFFER, ESQ.
Nevada Bar No. 7045
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545

DATED this 28th day of August, 2017.

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

/s/ *Craig Delk*
CRAIG R. DELK, ESQ.
Nevada Bar No. 2295
1100 E. Bridger Avenue
Las Vegas, NV 89101

*Attorneys for Joshua Luke*

2

DATED this 28th day of August, 2017.

BRADLEY ARANT BOULT CUMMINGS LLP

/s/ *Elizabeth Hamrick*_____
ELIZABETH HAMRICK, ESQ.
Nevada Bar No. 9414
200 Clinton Avenue West, Suite 900
Huntsville, AL  35801

*Attorneys for Defendants Jaya Patel,*
*Kenneth Bowman, and Jerry Gray*

## ORDER

IT IS SO ORDERED.
The Discovery Hearing currently scheduled for
September 7, 2017 shall be continued to September __, 22,
2017 at __1:30 PM, in Courtroom 3D

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 28, 2017_____

CASE NO.: 2:13-cv-01319-APG-VCF

3