# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Joshua Luke, <br><br> Plaintiff, <br><br> vs. <br><br> HEALTHSOUTH CORPORATION, *et al.*, <br><br> Defendants. | 2:13-cv-01319-APG-VCF <br> **ORDER** |

Before the Court are Defendants Healthsouth Corporation and Healthsouth of Henderson Inc.'s Motion to Disqualify Troutman Sanders LLP (ECF No. 66), Defendants' Motion to Stay Discovery and for Protective Order (ECF No. 67), Defendants' Motion to Stay Discovery and for a Protective Order (ECF No. 68).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendants Healthsouth Corporation and Healthsouth of Henderson Inc.'s Motion to Disqualify Troutman Sanders LLP (ECF No. 66), Defendants' Motion to Stay Discovery and for Protective Order (ECF No. 67), Defendants' Motion to Stay Discovery and for a Protective Order (ECF No. 68), is scheduled for 1:30 PM, September 22, 2017, in Courtroom 3D.

DATED this 14th day of September, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE