# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. Joshua Luke,<br><br>                Plaintiff,<br><br>vs.<br><br>HEALTHSOUTH CORPORATION, *et al.*,<br><br>                Defendants. | 2:13-cv-01319-APG-VCF<br>**<u>ORDER</u>** |

        Before the Court is Realtor Joshua Luke's Motion to Stay and to Clarify the court's Order Disqualifying Troutman Sanders, LLP (ECF No. 88).

        Accordingly,

        IT IS HEREBY ORDERED that any opposition to Realtor Joshua Luke's Motion to Stay and to Clarify the court's Order Disqualifying Troutman Sanders, LLP (ECF No. 88) must be filed on or before October 13, 2017. Any reply in support of Realtor Joshua Luke's Motion to Stay and to Clarify the court's Order Disqualifying Troutman Sanders, LLP (ECF No. 88) must be file on or before October 20, 2017.

        DATED this 6th day of October, 2017.

                                                                       _____<br>
                                                               CAM FERENBACH<br>
                                                               UNITED STATES MAGISTRATE JUDGE