Craig R. Delk (Nevada Bar No. 2295)
CRD@thorndal.com
THORNDAL, ARMSTRONG, DELK
BALKENBUSH & EISINGER
1100 E. Bridger Avenue
Las Vegas, NV 89101
Telephone:   (702) 366-0622
Facsimile:   (702) 366-0327

*Attorneys for Plaintiff-Relator Joshua Luke*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel, Joshua Luke,<br><br>                    Plaintiff,<br>v.<br><br>HEALTHSOUTH CORPORATION, HEALTHSOUTH OF HENDERSON, INC., KENNETH BOWMAN, JERRY GRAY, And JAYA PATEL,<br><br>                    Defendants. | Case No. 2:13-cv-1319-APG-VCF |

### NOTICE OF CHANGE OF AFFILIATION

Plaintiff-Relator Joshua Luke hereby provides notice that Merril Hirsh is no longer affiliated with Troutman Sanders, LLP. Mr. Hirsh's new address and contact information is:

Merril Hirsh
Law Office of Merril Hirsh PLLC
2837 Northampton St., NW
Washington, DC 20015
(202) 448-9020
merril@merrilhirsh.com

-1-

DATED this ___1___ day of November, 2017.

                              THORNDAL ARMSTRONG DELK
                              BALKENBUSH & EISINGER

                              _____
                              Craig R. Delk (SBN 2295)
                              1100 E. Bridger Avenue
                              Las Vegas, Nevada  89101
                              *Attorneys for Joshua Luke*

## CERTIFICATE OF SERVICE

I hereby certify that on the ___1st___ day of November, 2017 the following document, NOTICE OF CHANGE OF AFFILIATION, was served via CM/ECF E-file to the parties on the Court docket.

                              _____
                              An Employee of Thorndal, Armstrong,
                              Delk, Balkenbush & Eisinger