# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOSHUA LUKE,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HEALTHSOUTH CORPORATION, *et al.*,<br><br>　　　　　　Defendants. | 2:13-cv-01319-APG-VCF<br>**ORDER** |

Before the Court is the Motion to Stay (ECF No. 124).

Accordingly,

IT IS HEREBY ORDERED that all discovery is stayed until further order of the court.

IT IS FURTHER ORDERED that the parties must file on April 29, 2018 simultaneous briefs supplementing their arguments regarding the Motion for Protective Order (ECF No. 104), taking into account ECF No. 127 and any amended complaint filed in accordance with that order.

IT IS FURTHER ORDERED that a hearing on the Motion to Stay (ECF No. 124) and Motion for Protective Order (ECF No. 104) is scheduled for 10:00 AM, May 18, 2018, in Courtroom 3D.

DATED this 13th day of March, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE