1  JAMES J. PISANELLI, ESQ.
   Nevada Bar No. 4027
2  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
3  Las Vegas, NV  89101
   Telephone:    (702) 214-2100
4  Facsimile:    (702) 214-2101
   Email: jjp@pisanellibice.com
5
   R. JEFFREY LAYNE, ESQ.
6  *Admitted Pro Hac Vice*
   NORTON ROSE FULBRIGHT US LLP
7  98 San Jacinto Blvd., Suite 1100
   Austin, TX  78701-4255
8  Telephone:    (512) 474-5201
   Facsimile:    (512) 536-4598
9  Email: jeff.layne@nortonrosefulbright.com

10 *Attorneys for Defendants HealthSouth Corp.*
   *And HealthSouth of Henderson, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, Joshua Luke,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HEALTHSOUTH CORPORATION, HEALTHSOUTH OF HENDERSON INC., KENNETH BOWMAN, JERRY GRAY, and JAYA PATEL,<br><br>　　　　　　Defendants. | Case No.: 2:13-cv-01319-APG-VCF<br><br>**STIPULATION AND ORDER TO RESCHEDULE HEARING ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER** |

　　　　Defendants HealthSouth Corporation and HealthSouth of Henderson, Inc. (collectively the "HealthSouth Defendants") and Plaintiff- Relator Joshua Luke hereby stipulate and agree, subject to the Court's approval, as follows:

　　　　1.　　By Order dated March 13, 2018 (Dkt. #129), the Court scheduled Oral argument on the HealthSouth Defendants' pending Motion for Protective Order (Dkt. #104) for May 18, 2018.

2. Jeff Layne, counsel for Defendants has a preexisting commitment that conflicts with this date.

3. Counsel conferred concerning their respective schedules. Counsel for both sides would be available for oral argument, the following week on May 24 or 25, 2018. Accordingly, they respectfully request that the Court reschedule oral argument—if possible—to one of those days, or sometime soon thereafter. Additionally, the parties would prefer an afternoon setting if at all possible based on the number of attorneys traveling from out of town.

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose. This is the first stipulation to reschedule this oral argument.

DATED this 28th day of March, 2018.

Respectfully submitted,

LAW OFFICE OF MERRIL HIRSH

/s/ Merril Hirsh_____
MERRIL HIRSH, ESQ. (admitted pro hac vice)
2837 Northampton St., NW
Washington, D.C. 20015

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

/s/ Craig Delk_____
CRAIG R. DELK, ESQ.
Nevada Bar No. 2295
1100 E. Bridger Avenue
Las Vegas, NV 89101

*Attorneys for Plaintiff-Relator Joshua Luke*

PISANELLI BICE, PLLC

/s/ *James Pisanelli*_____
JAMES J. PISANELLI, ESQ.
Nevada Bar No. 4027
400 South 7th Street, Suite 300
Las Vegas, NV 89101

NORTON ROSE FULBRIGHT US LLP

/s/ *R. Jeffrey Layne*_____
R. JEFFREY LAYNE, ESQ.
*Admitted Pro Hac Vice*
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701-4255

*Attorneys for Defendants HealthSouth Corp.*
*And HealthSouth of Henderson, Inc.*

## **ORDER**

The Motion is GRANTED. The oral argument on Defendants' Motion for Protective Order (Dkt. #104) is hereby rescheduled to  May 24 , 2018. at 1:00 PM, Courtroom 3D.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3-28-2018

CASE NO.: 2:13-cv-01319-APG-VCF

## **CERTIFICATE OF SERVICE**

I certify that on March 28, 2018, a copy of this document was filed using the Court's CM/ECF system. Copies of this document have been served by electronic means on all registered users of the Court's CM/ECF system who have appeared in this case.

                                                 */s/ R. Jeffrey Layne*
                                                 R. Jeffrey Layne