JAMES J. PISANELLI, ESQ.
Nevada Bar No. 4027
PISANELLI BICE PLLC
400 S. 7th Street, Suite 300
Las Vegas, NV 89101
Telephone:     (702) 214-2100
Facsimile:      (702) 214-2101
Email: jjp@pisanellibice.com

R. JEFFREY LAYNE, ESQ.
*Admitted Pro Hac Vice*
NORTON ROSE FULBRIGHT US LLP
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701-4255
Telephone:     (512) 474-5201
Facsimile:      (512) 536-4598
Email: jeff.layne@nortonrosefulbright.com

*Attorneys for Defendants HealthSouth Corp.*
*And HealthSouth of Henderson, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, Joshua Luke,<br><br>    Plaintiff,<br><br>v.<br><br>HEALTHSOUTH CORPORATION, HEALTHSOUTH OF HENDERSON INC., KENNETH BOWMAN, JERRY GRAY, and JAYA PATEL,<br><br>    Defendants. | Case No.: 2:13-cv-01319-APG-VCF<br><br><br>**STIPULATION AND ORDER TO RESCHEDULE HEARING ON DEFENDANTS' MOTION FOR PROTECTIVE ORDER** |

Defendants HealthSouth Corporation and HealthSouth of Henderson, Inc. (collectively the "HealthSouth Defendants") and Plaintiff-Relator Joshua Luke hereby stipulate and agree, subject to the Court's approval, as follows:

1.      By Order dated March 13, 2018 (Dkt. 129) the Court set a deadline of April 29, 2018 for both parties to file supplemental briefing on HealthSouth's Motion for Protective Order (Dkt. 204). That deadline is in the middle of the parties' current briefing schedule on the Motions to Dismiss Relator's Amended Complaint (Dkts. 133, 134).

2.      Because the arguments in the parties' Motions to Dismiss (and responses/replies) will affect the parties' supplemental briefing on the Motion for Protective Order, the parties respectfully ask the Court to move the supplemental briefing deadline until after the briefing on the Motions to Dismiss is complete (Dkt. 133, 134).  That amended briefing schedule will allow the Court to consider the full Motion to Dismiss briefing when deciding the issues related to the Motion for Protective Order.  As such, the parties jointly request that the Court set a new deadline of May 23, 2018 for the supplemental briefing related to the Motion for Protective Order.

3.      Should the Court grant the new briefing deadline, the parties also ask that Court reset the oral argument on the Motion for Protective Order (currently set for May 24, 2018) to June 5 or June 6, 2018 (or sometime shortly thereafter).  This additional time would allow the parties to fully address the Motion to Dismiss briefing in their supplemental briefing.  It would also allow the Court time to review the Motion to Dismiss briefing before the hearing.  Additionally, if at all possible, the parties would prefer an afternoon setting based on the number of attorneys traveling from out of town.

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose. This is the first stipulation to reschedule this oral argument.

DATED this 27th day of April, 2018.

LAW OFFICE OF MERRIL HIRSH

*/s/ Merril Hirsh*_____
MERRIL HIRSH, ESQ. (admitted pro hac vice)
2837 Northampton St., NW
Washington, D.C.  20015

THORNDAL, ARMSTRONG, DELK,
BALKENBUSH & EISINGER

*/s/ Craig Delk*_____
CRAIG R. DELK, ESQ.
Nevada Bar No. 2295
1100 E. Bridger Avenue
Las Vegas, NV 89101

Respectfully submitted,

PISANELLI BICE, PLLC

*/s/ James Pisanelli*_____
JAMES J. PISANELLI, ESQ.
Nevada Bar No. 4027
400 S. 7th Street, Suite 300
Las Vegas, NV 89101

NORTON ROSE FULBRIGHT US LLP

*/s/ R. Jeffrey Layne*_____
R. JEFFREY LAYNE, ESQ.
*Admitted Pro Hac Vice*
98 San Jacinto Blvd., Suite 1100
Austin, TX  78701-4255

*Attorneys for Defendants HealthSouth Corp.
And HealthSouth of Henderson, Inc.*

2

MORGAN VERKAMP LLC

<u>*/s/ Frederick M. Morgan, Jr.*</u>
FREDERICK M. MORGAN, JR.
*Admitted Pro Hac Vice*
35 E. 7th St., Suite 600
Cincinnati, OH 45202

<u>*/s/ Jennifer M. Verkamp*</u>
JENNIFER M. VERKAMP
*Admitted Pro Hac Vice*
35 E. 7th St., Suite 600
Cincinnati, OH 45202

<u>*/s/ Sonya A. Rao*</u>
SONYA A. RAO
*Admitted Pro Hac Vice*
35 E. 7th St., Suite 600
Cincinnati, OH 45202

*Attorneys for Joshua Luke*

## **ORDER**

The Motion is GRANTED.  The new deadline for the parties' supplemental briefing is May 23, 2018.  Additionally, the oral argument on Defendants' Motion for Protective Order (Dkt. 104) is hereby rescheduled to ___June 12,_____, 2018.     in Courtroom 3D.  at 10:00 AM.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED:___April 30, 2018_____

CASE NO.: 2:13-cv-01319-APG-VCF

## CERTIFICATE OF SERVICE

I certify that on April 27, 2018, a copy of this document was filed using the Court's CM/ECF system. Copies of this document have been served by electronic means on all registered users of the Court's CM/ECF system who have appeared in this case.

*/s/ R. Jeffrey Layne*
R. Jeffrey Layne