1  JAMES J. PISANELLI, ESQ.
   Nevada Bar No. 4027
2  PISANELLI BICE PLLC
   400 South 7th Street, Suite 300
3  Las Vegas, NV 89101
   Telephone:   (702) 214-2100
4  Facsimile:   (702) 214-2101
   Email: jjp@pisanellibice.com

5
   R. JEFFREY LAYNE, ESQ. (admitted pro hac vice)
6  REED SMITH LLP
   111 Congress Avenue, Suite 400
7  Austin, TX  78701
   Telephone:   (512) 623-1801
8  Facsimile:   (512) 623-1802
   Email: jlayne@reedsmith.com

9

10 *Attorneys for Defendants HealthSouth Corp.*
   *And HealthSouth of Henderson, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, Joshua Luke, <br><br> Plaintiff, <br><br> v. <br><br> HEALTHSOUTH CORPORATION, HEALTHSOUTH OF HENDERSON INC., KENNETH BOWMAN, JERRY GRAY, and JAYA PATEL, <br><br> Defendants. | Case No.: 2:13-cv-01319-APG-VCF <br><br> **STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT** <br><br> **(First Request)** |

Plaintiff-Relator Joshua Luke ("Plaintiff"), as relator in this action, and Defendants HealthSouth Corporation and HealthSouth of Henderson, Inc. (collectively, "HealthSouth Defendants") and Kenneth Bowman ("Bowman") (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree, subject to this Court's approval, as follows:

1. Whereas, Plaintiff filed his Complaint (Dkt. #1) in this action on July 24, 2013;

2. Whereas, the United States declined to intervene in this action pursuant to the False Claims Act and this Court ordered that the Complaint be unsealed on May 9, 2017 (Dkt. #35);

3. Whereas, Plaintiff served the Complaint on the HealthSouth Defendants on June 1, 2017;

4. Whereas, Plaintiff asked Bowman to waive service of summons on May 23, 2017, and Bowman agreed to waive service on June 20, 2017;

5. Whereas, the Defendants filed two Motions to Dismiss Plaintiff's Complaint on July 24, 2017 (Dkt. #58, #59) and the HealthSouth Defendants filed a third Motion to Dismiss Plaintiff's Complaint on that same day (Dkt. #60);

6. Whereas, this Court granted one of the Defendants' two Motions to Dismiss Plaintiff's Complaint, and granted the HealthSouth Defendants' third Motion to Dismiss Plaintiff's Complaint on March 7, 2018 (Dkt. #127);

7. Whereas, Plaintiff served the First Amended Complaint (Dkt. #132) on all Defendants on April 9, 2018;

8. Whereas, the HealthSouth Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. #133) on April 23, 2018;

9. Whereas, Bowman filed a Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. #134) on April 23, 2018;

10. Whereas, on June 26, 2018, this Court granted in part and denied in part the Defendants' Motions to Dismiss Plaintiff's First Amended Complaint, and granted Plaintiff until July 27, 2018 to file a second amended complaint (Dkt. #148);

11. Whereas, the deadline for the Defendants to respond to Plaintiff's First Amended Complaint is currently July 13, 2018;

12. Whereas, Plaintiff has agreed to grant the Defendants until July 24, 2018 to respond to Plaintiff's First Amended Complaint.

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose. This is the first stipulation to extend the time for the Defendants to respond to the First Amended Complaint.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

| | |
|---|---|
| DATED this 11th day of July, 2018. | DATED this 11th day of July, 2018. |
| **PISANELLI BICE PLLC** | **THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER** |
| /s/ *James Pisanelli*<br>JAMES J. PISANELLI, ESQ.<br>Nevada Bar No. 4027<br>400 S. 7th Street, Suite 300<br>Las Vegas, NV 89101 | */s/ Craig Delk*<br>CRAIG R. DELK, ESQ.<br>Nevada Bar No. 2295<br>1100 E. Bridger Avenue<br>Las Vegas, NV 89101 |
| DATED this 11th day of July, 2018. | **LAW OFFICE OF MERRIL HIRSH** |
| **REED SMITH LLP** | |
| /s/ *R. Jeffrey Layne*<br>R. JEFFREY LANE, ESQ.<br>(admitted pro hac vice)<br>111 Congress Avenue, Suite 400<br>Austin, TX 78701 | */s/ Merril Hirsh*<br>MERRIL HIRSH, ESQ.<br>(admitted pro hac vice)<br>2837 Northampton St., NW<br>Washington, D.C. 20015 |
| ***Attorneys for Defendants HealthSouth Corp. and HealthSouth of Henderson, Inc.*** | DATED this 11th day of July, 2018. |
| | **MORGAN VERKAMP LLC** |
| DATED this 11th day of July, 2018. | */s/ Frederick M. Morgan*<br>FREDERICK M. MORGAN<br>(admitted pro hac vice)<br>SONYA A. RAO<br>(admitted pro hac vice)<br>35 East Seventh St., Suite 600<br>Cincinnati, OH 45202 |
| **BRADLEY ARANT BOULT CUMMINGS LLP** | |
| /s/ *Elizabeth Hamrick*<br>ELIZABETH HAMRICK, ESQ.<br>Nevada Bar No. 9414<br>200 Clinton Avenue West, Suite 900<br>Huntsville, AL 35801 | ***Attorneys for Relator Joshua Luke*** |
| ***Attorneys for Defendant Kenneth Bowman*** | |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 7-11-2018

CASE NO.: 2:13-cv-01319-APG-VCF

## CERTIFICATE OF SERVICE

I certify that on July 11, 2018, a copy of this document was filed using the Court's CM/ECF system. Copies of this document have been served by electronic means on all registered users of the Court's CM/ECF system who have appeared in this case.

*/s/ R. Jeffrey Layne*
R. Jeffrey Layne

UNOPPOSED STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT