# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| UNITED STATES OF AMERICA, ex rel., Joshua Luke, | |
|---|---|
| Plaintiff, | 2:13-CV-01319-APG-VCF |
| vs. | **ORDER** |
| HEALTHSOUTH CORPORATION, *et al.*, | |
| Defendant. | |

Before the court are the Motion to Compel Responses to Relator's Second Requests for Production (ECF No. 161) and Plaintiff's Unopposed Motion to Extend Case Deadlines in the Scheduling Order (ECF o. 164).

Accordingly,

IT IS HEREBY ORDERED that a hearing on are the Motion to Compel Responses to Relator's Second Requests for Production (ECF No. 161) and Plaintiff's Unopposed Motion to Extend Case Deadlines in the Scheduling Order (ECF o. 164) is scheduled 10:00 AM, February 27, 2019, in Courtroom 3D.

DATED this 14th day of February, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE