# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, Joshua Luke, <br><br> Plaintiff, <br><br> vs. <br><br> HEALTHSOUTH CORPORATION, *et al.*, <br><br> Defendant. | 2:13-CV-01319-APG-VCF <br> **ORDER** |

Before the court is the Motion for Leave to File Documents Under Seal Pursuant to Court Order (ECF No. 182).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion for Leave to File Documents Under Seal Pursuant to Court Order (ECF No. 182) is scheduled for 10:00 AM, May 9, 2019, in Courtroom 3D.

DATED this 25th day of April, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE