| | |
|---|---|
| Philip Goodhart (Bar No. 5332)<br>PNG@thorndal.com<br>THORNDAL, ARMSTRONG, DELK<br>BALKENBUSH & EISINGER<br>1100 E. Bridger Avenue<br>Las Vegas, NV 89101<br>Telephone: 702.366.0622<br>Facsimile: 702.366.0327<br><br>Merril Hirsh (admitted *pro hac vice*)<br>merril@merrilhirsh.com<br>LAW OFFICE OF MERRIL HIRSH PLLC<br>2837 Northampton St., NW<br>Washington, D.C. 20015<br>Telephone: 202.448.9020<br><br>Frederick J. Morgan (admitted *pro hac vice*)<br>rmorgan@morganverkamp.com<br>Jennifer M. Verkamp (admitted *pro hac vice*)<br>jverkamp@morganverkamp.com<br>Sonya A. Rao (admitted *pro hac vice*)<br>sonya.rao@morganverkamp.com<br>Ian Doig (admitted *pro hac vice*)<br>ian.doig@morganverkamp.com<br>MORGAN VERKAMP LLC<br>35 East Seventh Street, Suite 600<br>Cincinnati, OH 45202<br>Telephone: 513.651.4400<br>Facsimile: 513.651.4405<br><br>*Attorneys for Plaintiff-Relator Joshua Luke* | James J. Pisanelli, Esq.<br>Nevada Bar No. 4027<br>PISANELLI BICE, PLLC<br>400 S. 7th Street, Suite 300<br>Las Vegas, NV 89101<br>Telephone: (702) 214-2100<br>Facsimile: (702) 214-2101<br>Email: jjp@pisanellibice.com<br><br>R. Jeffrey Layne, Esq. (admitted *pro hac vice*)<br>REED SMITH LLP<br>111 Congress Avenue, Suite 400<br>Austin, TX 78701<br>Telephone: (512) 623-1801<br>Facsimile: (512) 623-1802<br>Email: jlayne@reedsmith.com<br><br>*Attorneys for Defendants HealthSouth Corp.<br>And HealthSouth of Henderson, Inc.*<br><br>Jack W. Selden<br>(admitted *pro hac vice*)<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>Kimberly B. Martin<br>(admitted *pro hac vice*)<br>BRADLEY ARANT BOLT CUMMINGS LLP<br>200 Clinton Avenue West, Suite 900<br>Huntsville, AL 35801<br><br>*Attorneys for Defendant Kenneth Bowman* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, Joshua Luke,<br><br>Plaintiff-Relator,<br>v.<br><br>HEALTHSOUTH CORPORATION, HEALTHSOUTH OF HENDERSON, INC. and KENNETH BOWMAN,<br><br>Defendants. | Case No.: 2:13-cv-01319-APG-VCF<br><br>**JOINT MOTION FOR EXTENSION TO FILE A REVISED PROPOSED ORDER REGARDING APPOINTMENT OF SPECIAL MASTER** |

Plaintiff-Relator Joshua Luke and Defendants, HealthSouth Corporation, HealthSouth of Henderson, Inc., and Kenneth Bowman, hereby jointly move for a short extension of time (i.e.,

through Tuesday, May 21, 2019) to file a revised Joint Proposed Order Regarding Appointment of Special Master (hereinafter, the "Special Master Order"). By Order dated May 9, 2019 (Doc. 190), the Court required the parties to file the Special Master Order by May 16, 2019. The May 9th Order followed a hearing on the same day during which the Court found that David Tenner was qualified to be named as the Special Master in this case. During that hearing, the Court asked the parties to submit the Special Master Order and instructed that the revised Order should define the scope of the Special Master's assignment and any relevant dates concerning the Special Master's review.

The parties have been working to coordinate schedules between themselves and with Mr. Tenner, so that the appropriate information can be set forth in the Special Master Order. Given conflicting schedules, however, the parties need a short extension of time to file the Special Master Order. Accordingly, the parties respectfully request that the Court grant an extension of time (through May 21, 2019) to file the Special Master Order.

Respectfully submitted,

DATED this 16th day of May, 2019.

**THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER**

*/s/ Philip Goodhart*_____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
1100 E. Bridger Avenue
Las Vegas, NV 89101

**LAW OFFICE OF MERRIL HIRSH**

*/s/ Merril Hirsh*_____
MERRIL HIRSH, ESQ.
(admitted *pro hac vice*)
2837 Northampton St., NW
Washington, D.C. 20015

**MORGAN VERKAMP LLC**

*/s/ Sonya A. Rao*_____
FREDERICK M. MORGAN, JR.
(admitted *pro hac vice*)
SONYA A. RAO
(admitted *pro hac vice*)
IAN DOIG
(admitted *pro hac vice*)
35 East Seventh St., Suite 600
Cincinnati, OH 45202

***Attorneys for Plaintiff-Relator Joshua Luke***

DATED this 16th day of May, 2019.

**PISANELLI BICE, PLLC**

*/s/ James Pisanelli*_____
JAMES J. PISANELLI, ESQ.
Nevada Bar No. 4027
400 S. 7th Street, Suite 300
Las Vegas, NV 89101

**REED SMITH LLP**

*/s/ R. Jeffrey Layne*_____
R. JEFFREY LANE, ESQ.
(admitted *pro hac vice*)
111 Congress Avenue, Suite 400
Austin, TX 78701
LESLEY REYNOLDS
1301 K Street, N.W.
Suite 1000-East Tower
Washington, DC 20005
JAMES L. SANDERS
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
***Attorneys for Defendants HealthSouth Corp. and HealthSouth of Henderson, Inc.***

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ Kimberly B. Martin*_____
JACK W. SELDEN
(admitted *pro hac vice*)
1819 Fifth Avenue North
Birmingham, AL 35203
KIMBERLY BESSIERE MARTIN
(admitted *pro hac vice*)
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801

***Attorneys for Defendant Kenneth Bowman***

**IT IS SO ORDERED:**

_____
THE HONORABLE CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

Dated: ___5-17-2019_____

## **CERTIFICATE OF SERVICE**

I certify that on May 16, 2019, a copy of this document was filed using the Court's CM/ECF system. Copies of this document have been served by electronic means on all registered users of the Court's CM/ECF system who have appeared in this case.

*/s/ Sonya A. Rao*_____
Sonya A. Rao
Attorney for plaintiff-relator Joshua Luke