# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

UNITED STATES OF AMERICA, *ex rel.*,
Joshua Luke,

                Plaintiff,

vs.

HEALTHSOUTH CORPORATION, *et al.*,

                Defendants.

2:13-cv-001319-APG-VCF
**<u>ORDER</u>**

Before the court are the Amended Motions for Leave to File Documents Under Seal Pursuant to Court Orders (DOCS, 97, 190) (ECF Nos. 193 and 194).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Amended Motions for Leave to File Documents Under Seal Pursuant to Court Orders (DOCS, 97, 190) (ECF Nos. 193 and 194), is scheduled for 1:00 PM, June 6, 2019, in Courtroom 3D.


DATED this 21st day of May, 2019.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE