# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. JOSHUA LUKE,<br><br>           Plaintiff,<br><br>vs.<br><br>HEALTHSOUTH CORPORATION, *et al.*,<br><br>           Defendants. | 2:13-cv-01319-APG-VCF<br>**AMENDED ORDER**<br><br>MOTION TO APPEAR TELEPHONICALLY [ECF NO. 199] |

Before the Court is the parties' Joint Motion for Leave to Participate Telephonically at June 6, 2019 Hearing. (ECF No. 199). The parties seek to have their *pro hac vice* attorneys appear telephonically at the hearing while their local counsel attends the hearing in person.

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Joint Motion for Leave to Participate Telephonically at June 6, 2019 Hearing (ECF No. 199) is GRANTED.

The call-in telephone number is (888)273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

DATED this 5th day of June, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1