| | |
|---|---|
| Philip Goodhart (Bar No. 5332)<br>PNG@thorndal.com<br>THORNDAL, ARMSTRONG, DELK<br>BALKENBUSH & EISINGER<br>1100 E. Bridger Avenue<br>Las Vegas, NV 89101<br>Telephone: 702.366.0622<br>Facsimile: 702.366.0327<br><br>Merril Hirsh (admitted *pro hac vice*)<br>merril@merrilhirsh.com<br>LAW OFFICE OF MERRIL HIRSH PLLC<br>2837 Northampton St., NW<br>Washington, D.C. 20015<br>Telephone: 202.448.9020<br><br>Frederick J. Morgan (*pro hac vice*)<br>rmorgan@morganverkamp.com<br>Jennifer M. Verkamp (*pro hac vice*)<br>jverkamp@morganverkamp.com<br>Sonya A. Rao (*pro hac vice*)<br>sonya.rao@morganverkamp.com<br>Ian M. Doig (*pro hac vice*)<br>idoig@morganverkam.com<br>MORGAN VERKAMP LLC<br>35 East Seventh Street, Suite 600<br>Cincinnati, OH 45202<br>Telephone: 513.651.4400<br>Facsimile: 513.651.4405<br><br>*Attorneys for Plaintiff-Relator Joshua Luke* | JAMES J. PISANELLI, ESQ.<br>Nevada Bar No. 4027<br>PISANELLI BICE, PLLC<br>400 S. 7th Street, Suite 300<br>Las Vegas, NV 89101<br>Telephone:   (702) 214-2100<br>Facsimile:   (702) 214-2101<br>Email: jjp@pisanellibice.com<br><br>R. JEFFREY LAYNE, ESQ. (admitted pro hac vice)<br>REED SMITH LLP<br>111 Congress Avenue, Suite 400<br>Austin, TX 78701<br>Telephone:   (512) 623-1801<br>Facsimile:   (512) 623-1802<br>Email: jlayne@reedsmith.com<br><br>JAMES L. SANDERS, ESQ. (admitted pro hac vice)<br>REED SMITH LLP<br>1901 Avenue of the Stars, Suite 700<br>Los Angeles, CA 90067<br>Telephone:   (310) 734-5200<br>Facsimile:   (310) 734-5299<br>Email: jsanders@reedsmith.com<br><br>*Attorneys for Defendants HealthSouth Corp.*<br>*And HealthSouth of Henderson, Inc.* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, Joshua Luke,<br><br>　　　　　Plaintiff,<br>v.<br><br>HEALTHSOUTH CORPORATION, HEALTHSOUTH OF HENDERSON, INC. and KENNETH BOWMAN,<br><br>　　　　　Defendants. | Case No.: 2:13-cv-01319-APG-VCF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES SET FORTH IN SPECIAL MASTER'S ORDER RE: PLAINTIFF'S MOTION TO COMPEL AND JOINT PROPOSED REVISED SCHEDULING ORDER (DOC. 213)**<br><br>[DISCOVERY ISSUES ASSIGNED TO SPECIAL MASTER DAVID M. TENNER] |

Plaintiff-Relator Joshua Luke ("Plaintiff"), as relator in this action, Defendants HealthSouth Corporation ("HealthSouth") and HealthSouth of Henderson, Inc. ("HealthSouth Henderson") (collectively, "HealthSouth Defendants"), and Defendant Kenneth Bowman ("Bowman") by and through their undersigned counsel, state as follows:

1. Whereas, the Court appointed a Special Master to oversee the discovery process on April 17, 2019 (Dkt. # 185);

2. Whereas, the Court appointed David M. Tenner as Special Master pursuant to the Parties' Joint Stipulation Concerning the Appointment of a Special Master (Dkt. #198);

3. Whereas, the Special Master's Order re: Plaintiff's Motion to Compel and Joint Proposed Revised Scheduling Order ("Special Master's Order") (Dkt. #213) was issued in writing on July 19, 2019, and stated that the rulings therein "were made effective as of the date of the hearing, July 10, 2019";

4. Whereas, the Special Master's Order set forth various deadlines related to discovery, including: (i) all responsive documents shall be produced by August 20, 2019; (ii) Plaintiff shall be entitled to take the Rule 30(b)(6) deposition of Defendant HealthSouth on or before September 10, 2019; and (iii) the Parties shall file a Stipulated Revised Scheduling Order or Status Report on or before September 10, 2019;

5. Whereas, the HealthSouth Defendants filed their objections to the Special Master's Order on July 26, 2019 (Dkt. 216);

6. Whereas, the HealthSouth Defendants have communicated to Plaintiff that they are in the process of finalizing a production of documents that they plan to produce by August 14, 2019;

7. Whereas, the Parties are scheduled to hold a joint meeting with the United States Department of Justice ("DOJ") on August 13, 2019 to discuss this action;

8. Whereas, in light of the upcoming meeting with the DOJ, the Parties wish to extend the discovery deadlines set forth in the Special Master's Order.

Accordingly, the Parties to this stipulation hereby stipulate and agree to the entry of an order by the Special Master extending all deadlines set forth in the Special Master's Order by fourteen days,

with the exception that the production HealthSouth Defendants are currently in the process of finalizing will continue to be produced by August 14, 2019, unless Parties later stipulate otherwise.

The new deadlines related to discovery shall be as follows: (i) all responsive documents shall by produced by September 3, 2019; (ii) Plaintiff shall be entitled to take the Rule 30(b)(6) deposition of Defendant HealthSouth on or before September 24, 2019; and (iii) the Parties shall file a Stipulated Revised Scheduling Order or Status Report on or before September 24, 2019.

This stipulation is made in good faith, not interposed for delay, and not filed for an improper purpose.

DATED this 8th day of August, 2019.

**PISANELLI BICE, PLLC**

/s/ *James Pisanelli*
JAMES J. PISANELLI, ESQ.
Nevada Bar No. 4027
400 S. 7th Street, Suite 300
Las Vegas, NV 89101

DATED this 8th day of August, 2019.

**THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER**

/s/ *Philip Goodhart*
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
1100 E. Bridger Avenue
Las Vegas, NV 89101

DATED this 8th day of August, 2019.

**REED SMITH LLP**

/s/ *James L. Sanders*
JAMES L. SANDERS, ESQ.
(admitted pro hac vice)
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067

*Attorneys for Defendants HealthSouth Corp. and HealthSouth of Henderson, Inc.*

DATED this 8th day of August, 2019.

**LAW OFFICE OF MERRIL HIRSH**

/s/ *Merril Hirsh*
MERRIL HIRSH, ESQ.
(*admitted pro hac vice*)
2837 Northampton St., NW
Washington, D.C. 20015

DATED this 8th day of August, 2019.

**BRADLEY ARANT BOLT CUMMINGS LLP**

/s/ *Kimberly B. Martin*

Jack W. Selden (admitted *pro hac vice*)
1819 Fifth Avenue North
Birmingham, AL 35203
Kimberly B. Martin (admitted *pro hac vice*)
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801


**SEMENZA KIRCHER RICKARD**

/s/ *Christopher D. Kircher*

Christopher D. Kircher
10161 Park Run Dr., Ste. 150
Las Vegas, NV 89145
*Attorneys for Defendant Kenneth Bowman*

DATED this 8th day of August, 2019.

**MORGAN VERKAMP LLC**

/s/ *Frederick M. Morgan*
FREDERICK M. MORGAN
(admitted pro hac vice)
SONYA A. RAO
(admitted pro hac vice)
35 East Seventh St., Suite 600
Cincinnati, OH 45202

*Attorneys for Relator Joshua Luke*


IT IS SO ORDERED:

_____
SPECIAL MASTER DAVID M. TENNER

DATED: 8/9/19
CASE NO.: 2:13-cv-01319-APG-VCF