| | |
|---|---|
| Philip Goodhart (Bar No. 5332) <br> PNG@thorndal.com <br> THORNDAL, ARMSTRONG, DELK <br> BALKENBUSH & EISINGER <br> 1100 E. Bridger Avenue <br> Las Vegas, NV 89101 <br> Telephone: 702.366.0622 <br> Facsimile: 702.366.0327 | JAMES J. PISANELLI, ESQ. <br> Nevada Bar No. 4027 <br> PISANELLI BICE PLLC <br> 400 South 7th Street, Suite 300 <br> Las Vegas, NV 89101 <br> Telephone: (702) 214-2100 <br> Facsimile: (702) 214-2101 <br> Email: jjp@pisanellibice.com |
| Merril Hirsh (admitted *pro hac vice*) <br> merril@merrilhirsh.com <br> LAW OFFICE OF MERRIL HIRSH PLLC <br> 2837 Northampton St., NW <br> Washington, D.C. 20015 <br> Telephone: 202.448.9020 | R. JEFFREY LAYNE, ESQ. <br> (admitted pro hac vice) <br> REED SMITH LLP <br> 111 Congress Avenue, Suite 400 <br> Austin, TX 78701 <br> Telephone: (512) 623-1801 <br> Facsimile: (512) 623-1802 <br> Email: jlayne@reedsmith.com |
| Frederick J. Morgan (*pro hac vice*) <br> rmorgan@morganverkamp.com <br> Jennifer M. Verkamp (*pro hac vice*) <br> jverkamp@morganverkamp.com <br> Sonya A. Rao (*pro hac vice*) <br> sonya.rao@morganverkamp.com <br> Ian M. Doig (*pro hac vice*) <br> idoig@morganverkam.com <br> MORGAN VERKAMP LLC <br> 35 East Seventh Street, Suite 600 <br> Cincinnati, OH 45202 <br> Telephone: 513.651.4400 <br> Facsimile: 513.651.4405 | JAMES L. SANDERS, ESQ. <br> (admitted pro hac vice) <br> REED SMITH LLP <br> 1901 Avenue of the Stars, Suite 700 <br> Los Angeles, CA 90067 <br> Telephone: (310) 734-5200 <br> Facsimile: (310) 734-5299 <br> Email: jsanders@reedsmith.com <br><br> *Attorneys for Defendants HealthSouth Corp. And HealthSouth of Henderson, Inc.* |

*Attorneys for Plaintiff-Relator Joshua Luke*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, Joshua Luke, <br><br> Plaintiff, <br> v. <br><br> HEALTHSOUTH CORPORATION, HEALTHSOUTH OF HENDERSON, INC. and KENNETH BOWMAN, <br><br> Defendants. | Case No.: 2:13-cv-01319-APG-VCF <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER VACATING HEARING ON DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S ORDER** <br><br> Hon. Cam Ferenbach |

Plaintiff-Relator Joshua Luke ("Plaintiff"), as relator in this action, Defendants HealthSouth Corporation ("HealthSouth") and HealthSouth of Henderson, Inc. ("HealthSouth Henderson") (collectively, "HealthSouth Defendants"), and Defendant Kenneth Bowman ("Bowman") by and through their undersigned counsel, state as follows:

1. Whereas, the Court appointed a Special Master to oversee the discovery process on April 17, 2019 (Dkt. # 185);

2. Whereas, the Court appointed David M. Tenner as Special Master pursuant to the Parties' Joint Stipulation Concerning the Appointment of a Special Master (Dkt. #198);

3. Whereas, the Special Master's Order re: Plaintiff's Motion to Compel and Joint Proposed Revised Scheduling Order ("Special Master's Order") (Dkt. #213) was issued in writing on July 19, 2019, and stated that the rulings therein "were made effective as of the date of the hearing, July 10, 2019";

4. Whereas, the Special Master's Order set forth various deadlines related to discovery, including: (i) all responsive documents shall be produced by August 20, 2019; (ii) Plaintiff shall be entitled to take the Rule 30(b)(6) deposition of Defendant HealthSouth on or before September 10, 2019; and (iii) the Parties shall file a Stipulated Revised Scheduling Order or Status Report on or before September 10, 2019;

5. Whereas, the HealthSouth Defendants filed their objections to the Special Master's Order on July 26, 2019 (Dkt. 216);

6. Whereas, Plaintiff filed his Opposition to Defendants' Objections to the Special Master's Ruling on August 9, 2019 (Dkt. 220);

7. Whereas, on August 13, 2019, the Court issued an order setting a hearing on Defendants' Objections to Special Master's Order for September 6, 2019 (Dkt. 222);

8. Whereas, during the course of a joint meeting that took place on August 13, 2019, the Parties and the United States Department of Justice ("DOJ") arrived at a tentative settlement to resolve this action which they are currently in the process of finalizing;

9. Whereas, in light of the tentative settlement that was reached at the August 13, 2019 meeting and the ongoing efforts by the Parties and the DOJ to reach a final settlement that will resolve

this action, the Parties wish to take the hearing on Defendants' Objections to Special Master's Order off calendar until further notice.

Accordingly, the Parties to this stipulation hereby stipulate and agree to the entry of an order by the Court vacating the hearing on Defendants' Objections to Special Master's Order set for September 6, 2019 until further notice. Within 28 days of the entry of this order, the Parties shall report back to the Court on the status of the settlement discussions and whether it is necessary to reschedule the hearing on Defendants' Objections to Special Master's Order.

This stipulation is made in good faith, not interposed for delay, and not filed for an improper purpose.

DATED this 27th day of August, 2019.

**PISANELLI BICE PLLC**

/s/ *James J. Pisanelli*
JAMES J. PISANELLI, ESQ.
Nevada Bar No. 4027
400 S. 7th Street, Suite 300
Las Vegas, NV 89101

DATED this 27th day of August, 2019.

**THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER**

*/s/ Philip Goodhart*
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
1100 E. Bridger Avenue
Las Vegas, NV 89101

DATED this 27th day of August, 2019.

**REED SMITH LLP**

/s/ *James L. Sanders*
JAMES L. SANDERS, ESQ.
(admitted pro hac vice)
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067

*Attorneys for Defendants HealthSouth Corp. and HealthSouth of Henderson, Inc.*

DATED this 27th day of August, 2019.

**LAW OFFICE OF MERRIL HIRSH**

*/s/ Merril Hirsh*
MERRIL HIRSH, ESQ.
(*admitted pro hac vice*)
2837 Northampton St., NW
Washington, D.C. 20015

| | |
|---|---|
| DATED this 27th day of August, 2019.<br><br>**BRADLEY ARANT BOLT CUMMINGS LLP**<br><br>/s/ *Kimberly B. Martin*<br>JACK W. SELDEN, ESQ.<br>(admitted *pro hac vice*)<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>KIMBERLY B. MARTIN, ESQ.<br>(admitted *pro hac vice*)<br>200 Clinton Avenue West, Suite 900<br>Huntsville, AL 35801<br><br>**SEMENZA KIRCHER RICKARD**<br><br>/s/ *Christopher D. Kircher*<br>CHRISTOPHER D. KIRCHER, ESQ.<br>10161 Park Run Dr., Ste. 150<br>Las Vegas, NV 89145<br>*Attorneys for Defendant Kenneth Bowman* | DATED this 27th day of August, 2019.<br><br>**MORGAN VERKAMP LLC**<br><br>*/s/ Frederick M. Morgan*<br>FREDERICK M. MORGAN, ESQ.<br>(admitted pro hac vice)<br>SONYA A. RAO<br>(admitted pro hac vice)<br>35 East Seventh St., Suite 600<br>Cincinnati, OH 45202<br><br>*Attorneys for Relator Joshua Luke*<br><br>IT IS HEREBY ORDERED that the parties must file a status report on or before September 24, 2019.<br><br><br><br>IT IS SO ORDERED:<br><br>_____<br>MAGISTRATE JUDGE CAM FERENBACH<br>     8-27-2019<br>DATED: _____<br><br>CASE NO.: 2:13-cv-01319-APG-VCF |

- 4 -

## **CERTIFICATE OF SERVICE**

I certify that on August 27, 2019, a copy of this document was filed using the Court's CM/ECF system. Copies of this document have been served by electronic means on all registered users of the Court's CM/ECF system who have appeared in this case.

*/s/ James L. Sanders*
James L. Sanders

REED SMITH LLP
A limited liability partnership formed in the State of Delaware