Philip Goodhart (Bar No. 5332)
PNG@thorndal.com
THORNDAL, ARMSTRONG, DELK
BALKENBUSH & EISINGER
1100 E. Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.366.0622
Facsimile: 702.366.0327

Merril Hirsh (admitted *pro hac vice*)
merril@merrilhirsh.com
LAW OFFICE OF MERRIL HIRSH PLLC
2837 Northampton St., NW
Washington, D.C. 20015
Telephone: 202.448.9020

Frederick J. Morgan (*pro hac vice*)
rmorgan@morganverkamp.com
Jennifer M. Verkamp (*pro hac vice*)
jverkamp@morganverkamp.com
Sonya A. Rao (*pro hac vice*)
sonya.rao@morganverkamp.com
Ian M. Doig (*pro hac vice*)
idoig@morganverkam.com
MORGAN VERKAMP LLC
35 East Seventh Street, Suite 600
Cincinnati, OH 45202
Telephone: 513.651.4400
Facsimile: 513.651.4405

*Attorneys for Plaintiff-Relator Joshua Luke*

JAMES J. PISANELLI, ESQ.
Nevada Bar No. 4027
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, NV 89101
Telephone: (702) 214-2100
Facsimile: (702) 214-2101
Email: jjp@pisanellibice.com

R. JEFFREY LAYNE, ESQ.
(admitted pro hac vice)
REED SMITH LLP
111 Congress Avenue, Suite 400
Austin, TX 78701
Telephone: (512) 623-1801
Facsimile: (512) 623-1802
Email: jlayne@reedsmith.com

JAMES L. SANDERS, ESQ.
(admitted pro hac vice)
REED SMITH LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Telephone: (310) 734-5200
Facsimile: (310) 734-5299
Email: jsanders@reedsmith.com

*Attorneys for Defendants HealthSouth Corp.
And HealthSouth of Henderson, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, Joshua Luke,<br><br>Plaintiff,<br>v.<br><br>HEALTHSOUTH CORPORATION, HEALTHSOUTH OF HENDERSON, INC. and KENNETH BOWMAN,<br><br>Defendants. | Case No.: 2:13-cv-01319-APG-VCF<br><br>**SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES SET FORTH IN SPECIAL MASTER'S ORDER RE: PLAINTIFF'S MOTION TO COMPEL AND JOINT PROPOSED REVISED SCHEDULING ORDER (DOC. 213)**<br><br>[DISCOVERY ISSUES ASSIGNED TO SPECIAL MASTER DAVID M. TENNER] |

Plaintiff-Relator Joshua Luke ("Plaintiff"), as relator in this action, Defendants HealthSouth Corporation ("HealthSouth") and HealthSouth of Henderson, Inc. ("HealthSouth Henderson") (collectively, "HealthSouth Defendants"), and Defendant Kenneth Bowman ("Bowman") by and through their undersigned counsel, state as follows:

1. Whereas, the Court appointed a Special Master to oversee the discovery process on April 17, 2019 (Dkt. # 185);

2. Whereas, the Court appointed David M. Tenner as Special Master pursuant to the Parties' Joint Stipulation Concerning the Appointment of a Special Master (Dkt. #198);

3. Whereas, the Special Master's Order re: Plaintiff's Motion to Compel and Joint Proposed Revised Scheduling Order ("Special Master's Order") (Dkt. #213) was issued in writing on July 19, 2019, and stated that the rulings therein "were made effective as of the date of the hearing, July 10, 2019";

4. Whereas, the Special Master's Order set forth various deadlines related to discovery, including: (i) all responsive documents shall be produced by August 20, 2019; (ii) Plaintiff shall be entitled to take the Rule 30(b)(6) deposition of Defendant HealthSouth on or before September 10, 2019; and (iii) the Parties shall file a Stipulated Revised Scheduling Order or Status Report on or before September 10, 2019;

5. Whereas, the HealthSouth Defendants filed their objections to the Special Master's Order on July 26, 2019 (Dkt. 216);

6. Whereas, on August 8, 2019, the Parties filed a Joint Stipulation and Proposed Order seeking to extend the discovery deadlines set forth in the Special Master's Order in light of the Parties' joint meeting with the United States Department of Justice ("DOJ") to discuss this action that was scheduled to take place on August 13, 2019 (Dkt. 219);

7. Whereas, Plaintiff filed his Opposition to Defendants' Objections to the Special Master's Ruling on August 9, 2019 (Dkt. 220);

8. Whereas, on August 9, 2019, the Special Master signed the Joint Stipulation and entered the Order to Extend Deadlines Set Forth in Special Master's Order (Dkt. 221);

9. Whereas, during the course of the August 13, 2019 joint meeting, the Parties and the DOJ arrived at a tentative settlement to resolve this action which they are currently in the process of finalizing;

10. Whereas, in light of the tentative settlement that was reached at the August 13, 2019 joint meeting and the ongoing efforts by the Parties and the DOJ to reach a final settlement that will resolve this action, the Parties wish to suspend the discovery deadlines set forth in the Special Master's Order until further notice.

Accordingly, the Parties to this stipulation hereby stipulate and agree to the entry of an order by the Special Master suspending all deadlines set forth in the Special Master's Order until further notice. The Parties shall report back to the Special Master on the status of the settlement discussions within 28 days of the entry of this order and whether it is necessary to reset the discovery deadlines set forth in the Special Master's Order.

This stipulation is made in good faith, not interposed for delay, and not filed for an improper purpose.

| DATED this 27th day of August, 2019. | DATED this 27th day of August, 2019. |
|---|---|
| **PISANELLI BICE PLLC** | **THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER** |
| /s/ James J. Pisanelli | /s/ Philip Goodhart |
| JAMES J. PISANELLI, ESQ. | PHILIP GOODHART, ESQ. |
| Nevada Bar No. 4027 | Nevada Bar No. 5332 |
| 400 S. 7th Street, Suite 300 | 1100 E. Bridger Avenue |
| Las Vegas, NV 89101 | Las Vegas, NV 89101 |
| | |
| DATED this 27th day of August, 2019. | DATED this 27th day of August, 2019. |
| **REED SMITH LLP** | **LAW OFFICE OF MERRIL HIRSH** |
| /s/ James L. Sanders | /s/ Merril Hirsh |
| JAMES L. SANDERS, ESQ. | MERRIL HIRSH, ESQ. |
| (admitted pro hac vice) | (*admitted pro hac vice*) |
| 1901 Avenue of the Stars, Suite 700 | 2837 Northampton St., NW |
| Los Angeles, CA 90067 | Washington, D.C. 20015 |

*Attorneys for Defendants HealthSouth Corp. and HealthSouth of Henderson, Inc.*

- 3 -

SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES SET FORTH IN SPECIAL MASTER'S ORDER RE: PLAINTIFF'S MOTION TO COMPEL AND JOINT PROPOSED REVISED SCHEDULING ORDER (DOC. 213)

DATED this 27th day of August, 2019.

**BRADLEY ARANT BOLT CUMMINGS LLP**

/s/ *Kimberly B. Martin*
JACK W. SELDON, ESQ.
(admitted *pro hac vice*)
1819 Fifth Avenue North
Birmingham, AL 35203
KIMBERLY B. MARTIN, ESQ.
(admitted *pro hac vice*)
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801

**SEMENZA KIRCHER RICKARD**

/s/ *Christopher D. Kircher*
CHRISTOPHER D. KIRCHER, ESQ.
10161 Park Run Dr., Ste. 150
Las Vegas, NV 89145
*Attorneys for Defendant Kenneth Bowman*

DATED this 27th day of August, 2019.

**MORGAN VERKAMP LLC**

/s/ *Frederick M. Morgan*
FREDERICK M. MORGAN, ESQ.
(admitted pro hac vice)
SONYA A. RAO, ESQ.
(admitted pro hac vice)
35 East Seventh St., Suite 600
Cincinnati, OH 45202

*Attorneys for Relator Joshua Luke*

IT IS SO ORDERED:

_____
SPECIAL MASTER DAVID M. TENNER

DATED: 8/28/19

CASE NO.: 2:13-cv-01319-APG-VCF

- 4 -

SECOND JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES SET FORTH IN SPECIAL MASTER'S ORDER RE: PLAINTIFF'S MOTION TO COMPEL AND JOINT PROPOSED REVISED SCHEDULING ORDER (DOC. 213)