| | |
|---|---|
| Philip Goodhart (Bar No. 5332)<br>PNG@thorndal.com<br>THORNDAL, ARMSTRONG, DELK<br>BALKENBUSH & EISINGER<br>1100 E. Bridger Avenue<br>Las Vegas, NV 89101<br>Telephone: 702.366.0622<br>Facsimile: 702.366.0327 | James J. Pisanelli, Esq.<br>Nevada Bar No. 4027<br>PISANELLI BICE, PLLC<br>400 S. 7th Street, Suite 300<br>Las Vegas, NV 89101<br>Telephone: (702) 214-2100<br>Facsimile: (702) 214-2101<br>Email: jjp@pisanellibice.com |
| Merril Hirsh (admitted *pro hac vice*)<br>merril@merrilhirsh.com<br>LAW OFFICE OF MERRIL HIRSH PLLC<br>2837 Northampton St., NW<br>Washington, D.C. 20015<br>Telephone: 202.448.9020 | R. Jeffrey Layne, Esq. (admitted pro hac vice)<br>REED SMITH LLP<br>111 Congress Avenue, Suite 400<br>Austin, TX 78701<br>Telephone: (512) 623-1801<br>Facsimile: (512) 623-1802<br>Email: jlayne@reedsmith.com |
| Frederick J. Morgan (*pro hac vice*)<br>rmorgan@morganverkamp.com<br>Jennifer M. Verkamp (*pro hac vice*)<br>jverkamp@morganverkamp.com<br>Sonya A. Rao (*pro hac vice*)<br>sonya.rao@morganverkamp.com<br>Ian M. Doig (*pro hac vice*)<br>ian.doig@morganverkamp.com<br>MORGAN VERKAMP LLC<br>35 East Seventh Street, Suite 600<br>Cincinnati, OH 45202<br>Telephone: 513.651.4400<br>Facsimile: 513.651.4405 | *Attorneys for Defendants HealthSouth Corp. And HealthSouth of Henderson, Inc.*<br><br>Jack W. Selden<br>(admitted pro hac vice)<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>Kimberly B. Martin<br>(admitted pro hac vice)<br>BRADLEY ARANT BOLT CUMMINGS LLP<br>200 Clinton Avenue West, Suite 900<br>Huntsville, AL 35801 |
| *Attorneys for Plaintiff-Relator Joshua Luke* | *Attorneys for Defendant Kenneth Bowman* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, Joshua Luke,<br><br>　　　　　Plaintiff,<br>v.<br><br>HEALTHSOUTH CORPORATION, HEALTHSOUTH OF HENDERSON, INC. and KENNETH BOWMAN,<br><br>　　　　　Defendants. | Case No.: 2:13-cv-01319-APG-VCF<br><br>**JOINT STATUS REPORT ON SETTLEMENT PURSUANT TO COURT ORDER SUSPENDING DISCOVERY DEADLINES; and [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES** |

1

Pursuant to the August 27, 2019 Order of the Court (Doc. 225) and the August 28, 2019 Order issued by Special Master David Tenner (Doc. 226), Relator Joshua Luke ("Relator"), Defendants HealthSouth Corporation and HealthSouth of Henderson (collectively, "HealthSouth"), and Defendant Kenneth Bowman ("Bowman"), collectively the "Parties," hereby submit this joint status report regarding the Parties' ongoing settlement discussions with the United States Government (the "Government"):

1. On August 13, 2019, the Parties, along with the Government, participated in settlement discussions, which resulted in a tentative agreement to settle this matter. In light of this tentative agreement, the Parties filed two Joint Stipulations and Proposed Orders Vacating the Hearing on Defendants' Objections to the Special Master's Order (Docs. 223 and 224),[1] in which the Parties sought a stay of the case deadlines while they finalized settlement.

2. On August 27, 2019, the Court issued an order (Doc. 225) vacating the hearing on Defendants' Objections to the Special Master's Order (Doc. 216), originally scheduled for September 6, 2019; granting a stay of the case deadlines until September 24, 2019; and requiring the Parties to file a status report on or before September 24, 2019. On August 28, 2019, the Special Master also issued an Order granting this relief. (Doc. 226)

3. The Parties and the Government have participated in numerous communications by telephone and email regarding the settlement agreement, during which the Parties discussed the scope of the settlement agreement and the Parties' releases of claims.

4. The Government has also drafted a settlement agreement and is awaiting authorization to circulate the draft to the Parties.

5. While the Parties expect the settlement will be finalized shortly, they need additional time to finalize and execute the settlement agreement.

Accordingly, the Parties hereby seek and agree to the entry of an order providing them with an additional 28-day stay of the case deadlines, so that they may continue the settlement negotiations and finalize and execute a settlement agreement in resolution of this case.

---

[1] Doc. 223 contained a signature block for Judge Ferenbach, and Doc. 224 contained a signature block for Special Master David Tenner.

Respectfully submitted,

DATED this 24th day of September, 2019.

DATED this 24th day of September, 2019.

**THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER**

**PISANELLI BICE, PLLC**

/s/ *Philip Goodhart*_____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
1100 E. Bridger Avenue
Las Vegas, NV 89101

/s/ *James Pisanelli*_____
JAMES J. PISANELLI, ESQ.
Nevada Bar No. 4027
400 S. 7th Street, Suite 300
Las Vegas, NV 89101

**LAW OFFICE OF MERRIL HIRSH PLLC**

**REED SMITH LLP**

/s/ *Merril Hirsh*_____
MERRIL HIRSH, ESQ.
(admitted *pro hac vice*)
2837 Northampton St., NW
Washington, D.C. 20015

/s/ *James L. Sanders*_____
R. JEFFREY LANE, ESQ.
(admitted *pro hac vice*)
111 Congress Avenue, Suite 400
Austin, TX 78701
LESLEY REYNOLDS
1301 K Street, N.W.
Suite 1000-East Tower
Washington, DC 20005
JAMES L. SANDERS
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

**MORGAN VERKAMP LLC**

/s/ *Ian M. Doig*_____
FREDERICK M. MORGAN, JR.
(admitted *pro hac vice*)
SONYA A. RAO
(admitted *pro hac vice*)
IAN DOIG
(admitted *pro hac vice*)
35 East Seventh St., Suite 600
Cincinnati, OH 45202

***Attorneys for Defendants HealthSouth Corp. and HealthSouth of Henderson, Inc.***

**BRADLEY ARANT BOULT CUMMINGS LLP**

***Attorneys for Relator Joshua Luke***

/s/ *Kimberly B. Martin*_____
JACK W. SELDEN
(admitted *pro hac vice*)
1819 Fifth Avenue North
Birmingham, AL 35203
KIMBERLY BESSIERE MARTIN
(admitted *pro hac vice*)
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801

IT IS HEREBY ORDERED that the parties must file a status report on or before October 22, 2019.

***Attorneys for Defendant Kenneth Bowman***

IT IS SO ORDERED:

_____
MAGISTRATE JUDGE CAM FERENBACH

DATED: 9-25-2019 _____

CASE NO. 2:13-CV-01319-APG-VCF

3

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system and served on all counsel of record on September 24, 2019.

                                    */s/ Ian M. Doig*_____
                                    Ian M. Doig
                                    Attorney for plaintiff-relator Joshua Luke