| | |
|---|---|
| Philip Goodhart (Bar No. 5332)<br>PNG@thorndal.com<br>THORNDAL, ARMSTRONG, DELK<br>BALKENBUSH & EISINGER<br>1100 E. Bridger Avenue<br>Las Vegas, NV 89101<br>Telephone: 702.366.0622<br>Facsimile: 702.366.0327<br><br>Merril Hirsh (admitted *pro hac vice*)<br>merril@merrilhirsh.com<br>LAW OFFICE OF MERRIL HIRSH PLLC<br>2837 Northampton St., NW<br>Washington, D.C. 20015<br>Telephone: 202.448.9020<br><br>Frederick J. Morgan (*pro hac vice*)<br>rmorgan@morganverkamp.com<br>Jennifer M. Verkamp (*pro hac vice*)<br>jverkamp@morganverkamp.com<br>Sonya A. Rao (*pro hac vice*)<br>sonya.rao@morganverkamp.com<br>Ian M. Doig (*pro hac vice*)<br>ian.doig@morganverkamp.com<br>MORGAN VERKAMP LLC<br>35 East Seventh Street, Suite 600<br>Cincinnati, OH 45202<br>Telephone: 513.651.4400<br>Facsimile: 513.651.4405<br><br>*Attorneys for Plaintiff-Relator Joshua Luke* | James J. Pisanelli, Esq.<br>Nevada Bar No. 4027<br>PISANELLI BICE, PLLC<br>400 S. 7th Street, Suite 300<br>Las Vegas, NV 89101<br>Telephone:   (702) 214-2100<br>Facsimile:    (702) 214-2101<br>Email: jjp@pisanellibice.com<br><br>R. Jeffrey Layne, Esq. (admitted pro hac vice)<br>REED SMITH LLP<br>111 Congress Avenue, Suite 400<br>Austin, TX  78701<br>Telephone:   (512) 623-1801<br>Facsimile:    (512) 623-1802<br>Email: jlayne@reedsmith.com<br><br>*Attorneys for Defendants HealthSouth Corp.*<br>*And HealthSouth of Henderson, Inc.*<br><br>Jack W. Selden<br>(admitted pro hac vice)<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>Kimberly B. Martin<br>(admitted pro hac vice)<br>BRADLEY ARANT BOLT CUMMINGS LLP<br>200 Clinton Avenue West, Suite 900<br>Huntsville, AL 35801<br><br>*Attorneys for Defendant Kenneth Bowman* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, Joshua Luke,<br><br>            Plaintiff,<br>v.<br><br>HEALTHSOUTH CORPORATION, HEALTHSOUTH OF HENDERSON, INC. and KENNETH BOWMAN,<br><br>            Defendants. | Case No.: 2:13-cv-01319-APG-VCF<br><br>**JOINT STATUS REPORT ON SETTLEMENT PURSUANT TO COURT ORDER SUSPENDING DISCOVERY DEADLINES** |

Pursuant to the September 25, 2019 Order of the Court (Doc. 229; the "September Status Order"), Relator Joshua Luke ("Relator"), Defendants HealthSouth Corporation and HealthSouth of Henderson (collectively, "HealthSouth"), and Defendant Kenneth Bowman ("Bowman"), collectively the "Parties," hereby submit this joint status report regarding the Parties' ongoing settlement discussions with the United States Government (the "Government"):

1. On August 13, 2019, the Parties, along with the Government, participated in settlement discussions, which resulted in a tentative agreement to settle this matter. In light of the tentative agreement, the Court has extended the case deadlines pending the drafting and execution of a settlement agreement. *See* Docs. 225, 226, 229.

2. The September Status Order required the Parties to file a status report describing the above-referenced settlement discussions by October 22, 2019.

3. Since the Court issued the September Status Order, the Parties and the Government have participated in numerous communications by telephone and email regarding the settlement agreement. These communications have resulted in the Parties and the Government finalizing a settlement agreement.

4. The Parties have all signed the aforementioned settlement agreement. The Government is awaiting a signature from a representative of the United States Department of Health and Human Services, Office of Counsel to the Inspector General ("HHS OIG"). Counsel for the Government has indicated that the signature from HHS OIG is expected shortly.

5. Once the signature from HHS OIG is obtained, the settlement agreement will be fully executed. Once the agreement is executed, the Government has notified the Parties that it intends to move to intervene in this case for purposes of settlement of this matter.

Respectfully submitted,

DATED this 22nd day of October, 2019.    DATED this 22nd day of October, 2019.

**THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER**

*/s/ Philip Goodhart*_____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
1100 E. Bridger Avenue
Las Vegas, NV 89101

**LAW OFFICE OF MERRIL HIRSH PLLC**

*/s/ Merril Hirsh*_____
MERRIL HIRSH, ESQ.
(admitted *pro hac vice*)
2837 Northampton St., NW
Washington, D.C. 20015

**MORGAN VERKAMP LLC**

*/s/ Sonya A. Rao*_____
FREDERICK M. MORGAN, JR.
(admitted *pro hac vice*)
SONYA A. RAO
(admitted *pro hac vice*)
IAN DOIG
(admitted *pro hac vice*)
35 East Seventh St., Suite 600
Cincinnati, OH 45202

***Attorneys for Relator Joshua Luke***

**PISANELLI BICE, PLLC**

/s/ *James Pisanelli*_____
JAMES J. PISANELLI, ESQ.
Nevada Bar No. 4027
400 S. 7th Street, Suite 300
Las Vegas, NV 89101

**REED SMITH LLP**

/s/ *R. Jeffrey Lane*_____
R. JEFFREY LANE, ESQ.
(admitted *pro hac vice*)
111 Congress Avenue, Suite 400
Austin, TX 78701
LESLEY REYNOLDS
1301 K Street, N.W.
Suite 1000-East Tower
Washington, DC 20005
JAMES L. SANDERS
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071

***Attorneys for Defendants HealthSouth Corp. and HealthSouth of Henderson, Inc.***

**BRADLEY ARANT BOULT CUMMINGS LLP**

/s/ *Kimberly B. Martin*_____
JACK W. SELDEN
(admitted *pro hac vice*)
1819 Fifth Avenue North
Birmingham, AL 35203
KIMBERLY BESSIERE MARTIN
(admitted *pro hac vice*)
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801

***Attorneys for Defendant Kenneth Bowman***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system and served on all counsel of record on 22nd day of October, 2019.

*/s/ Sonya A. Rao*_____
Sonya A. Rao
Attorney for plaintiff-relator Joshua Luke

3