| | |
|---|---|
| Philip Goodhart (Bar No. 5332) <br> PNG@thorndal.com <br> THORNDAL, ARMSTRONG, DELK <br> BALKENBUSH & EISINGER <br> 1100 E. Bridger Avenue <br> Las Vegas, NV 89101 <br> Telephone: 702.366.0622 <br> Facsimile: 702.366.0327 | James J. Pisanelli, Esq. <br> Nevada Bar No. 4027 <br> PISANELLI BICE, PLLC <br> 400 S. 7th Street, Suite 300 <br> Las Vegas, NV 89101 <br> Telephone:   (702) 214-2100 <br> Facsimile:    (702) 214-2101 <br> Email: jjp@pisanellibice.com |
| Merril Hirsh (admitted *pro hac vice*) <br> merril@merrilhirsh.com <br> LAW OFFICE OF MERRIL HIRSH PLLC <br> 2837 Northampton St., NW <br> Washington, D.C. 20015 <br> Telephone: 202.448.9020 | R. Jeffrey Layne, Esq. (admitted *pro hac vice*) <br> REED SMITH LLP <br> 111 Congress Avenue, Suite 400 <br> Austin, TX  78701 <br> Telephone:   (512) 623-1801 <br> Facsimile:    (512) 623-1802 <br> Email: jlayne@reedsmith.com |
| Frederick J. Morgan (*pro hac vice*) <br> rmorgan@morganverkamp.com <br> Jennifer M. Verkamp (*pro hac vice*) <br> jverkamp@morganverkamp.com <br> Sonya A. Rao (*pro hac vice*) <br> sonya.rao@morganverkamp.com <br> Ian M. Doig (*pro hac vice*) <br> ian.doig@morganverkamp.com <br> MORGAN VERKAMP LLC <br> 35 East Seventh Street, Suite 600 <br> Cincinnati, OH 45202 <br> Telephone:  513.651.4400 <br> Facsimile:  513.651.4405 | *Attorneys for Defendants HealthSouth Corp. And HealthSouth of Henderson, Inc.* <br><br> Jack W. Selden <br> (admitted *pro hac vice*) <br> 1819 Fifth Avenue North <br> Birmingham, AL 35203 <br> Kimberly B. Martin <br> (admitted *pro hac vice*) <br> BRADLEY ARANT BOLT CUMMINGS LLP <br> 200 Clinton Avenue West, Suite 900 <br> Huntsville, AL 35801 |
| *Attorneys for Plaintiff-Relator Joshua Luke* | *Attorneys for Defendant Kenneth Bowman* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, Joshua Luke, <br><br> Plaintiff, <br><br> v. <br><br> HEALTHSOUTH CORPORATION, HEALTHSOUTH OF HENDERSON, INC. and KENNETH BOWMAN, <br><br> Defendants. | Case No.:  2:13-cv-01319-APG-VCF <br><br> **STIPULATION OF DISMISSAL** |

1

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the Settlement Agreement ("Agreement") entered into by the Parties (i.e., relator Joshua Luke ("Relator"), the United States of America, and defendants HealthSouth Corporation, HealthSouth of Henderson, and Kenneth Bowman), the Parties hereby stipulate that they have resolved the claims in this action and seek an Order as to the following:

1. As to Relator, this action is dismissed, pursuant to and consistent with the terms and conditions of the Agreement; and
2. As to the United States, this action is dismissed, pursuant to and consistent with the terms and conditions of the Agreement.
3. The Court will retain jurisdiction over any disputes that may arise regarding compliance with the Agreement.

A proposed order accompanies this joint stipulation.

Respectfully submitted,

DATED this 5th day of November, 2019.

*For the Relator Joshua Luke:*

**THORNDAL, ARMSTRONG, DELK, BALKENBUSH & EISINGER**

*/s/ Philip Goodhart*_____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
1100 E. Bridger Avenue
Las Vegas, NV 89101

**LAW OFFICE OF MERRIL HIRSH PLLC**

*/s/ Merril Hirsh*_____
MERRIL HIRSH, ESQ.
(admitted *pro hac vice*)
2837 Northampton St., NW
Washington, D.C. 20015

**MORGAN VERKAMP LLC**

*/s/ Sonya A. Rao*_____
FREDERICK M. MORGAN, JR.
(admitted *pro hac vice*)
SONYA A. RAO
(admitted *pro hac vice*)
IAN DOIG
(admitted *pro hac vice*)
35 East Seventh St., Suite 600
Cincinnati, OH 45202



*For the United States of America:*

**UNITED STATES OF AMERICA**
NICHOLAS A. TRUATANICH
United States Attorney

*/s/ Roger Wenthe*_____  _____
ROGER W. WENTHE
Assistant United States Attorney

DATED this 5th day of November, 2019.

*For Defendants HealthSouth Corp. and HealthSouth of Henderson, Inc.:*

**PISANELLI BICE, PLLC**

*/s/ James Pisanelli*_____
JAMES J. PISANELLI, ESQ.
Nevada Bar No. 4027
400 S. 7th Street, Suite 300
Las Vegas, NV 89101

**REED SMITH LLP**

*/s/ R. Jeffrey Lane*_____
R. JEFFREY LANE, ESQ.
(admitted *pro hac vice*)
111 Congress Avenue, Suite 400
Austin, TX  78701
LESLEY REYNOLDS
1301 K Street, N.W.
Suite 1000-East Tower
Washington, DC 20005
JAMES L. SANDERS
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071


*For Defendant Kenneth Bowman:*

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ Kimberly B. Martin*_____
JACK W. SELDEN
(admitted *pro hac vice*)
1819 Fifth Avenue North
Birmingham, AL 35203
KIMBERLY BESSIERE MARTIN
(admitted *pro hac vice*)
200 Clinton Avenue West, Suite 900
Huntsville, AL 35801

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Court's electronic filing system and served on all counsel of record on 5th day of November, 2019.

>/s/ Sonya A. Rao_____
Sonya A. Rao
Attorney for plaintiff-relator Joshua Luke