| | |
|---|---|
| Philip Goodhart (Bar No. 5332)<br>PNG@thorndal.com<br>THORNDAL, ARMSTRONG, DELK<br>BALKENBUSH & EISINGER<br>1100 E. Bridger Avenue<br>Las Vegas, NV 89101<br>Telephone: 702.366.0622<br>Facsimile: 702.366.0327 | James J. Pisanelli, Esq.<br>Nevada Bar No. 4027<br>PISANELLI BICE, PLLC<br>400 S. 7th Street, Suite 300<br>Las Vegas, NV 89101<br>Telephone: (702) 214-2100<br>Facsimile: (702) 214-2101<br>Email: jjp@pisanellibice.com |
| Merril Hirsh (admitted *pro hac vice*)<br>merril@merrilhirsh.com<br>LAW OFFICE OF MERRIL HIRSH PLLC<br>2837 Northampton St., NW<br>Washington, D.C. 20015<br>Telephone: 202.448.9020 | R. Jeffrey Layne, Esq. (admitted *pro hac vice*)<br>REED SMITH LLP<br>111 Congress Avenue, Suite 400<br>Austin, TX 78701<br>Telephone: (512) 623-1801<br>Facsimile: (512) 623-1802<br>Email: jlayne@reedsmith.com |
| Frederick J. Morgan (*pro hac vice*)<br>rmorgan@morganverkamp.com<br>Jennifer M. Verkamp (*pro hac vice*)<br>jverkamp@morganverkamp.com<br>Sonya A. Rao (*pro hac vice*)<br>sonya.rao@morganverkamp.com<br>Ian M. Doig (*pro hac vice*)<br>ian.doig@morganverkamp.com<br>MORGAN VERKAMP LLC<br>35 East Seventh Street, Suite 600<br>Cincinnati, OH 45202<br>Telephone: 513.651.4400<br>Facsimile: 513.651.4405 | *Attorneys for Defendants HealthSouth Corp. And HealthSouth of Henderson, Inc.*<br><br>Jack W. Selden<br>(admitted *pro hac vice*)<br>1819 Fifth Avenue North<br>Birmingham, AL 35203<br>Kimberly B. Martin<br>(admitted *pro hac vice*)<br>BRADLEY ARANT BOLT CUMMINGS LLP<br>200 Clinton Avenue West, Suite 900<br>Huntsville, AL 35801 |
| *Attorneys for Plaintiff-Relator Joshua Luke* | *Attorneys for Defendant Kenneth Bowman* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, Joshua Luke,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHSOUTH CORPORATION, HEALTHSOUTH OF HENDERSON, INC. and KENNETH BOWMAN,<br><br>Defendants. | Case No.: 2:13-cv-01319-APG-VCF<br><br>**ORDER REGARDING MOTION TO EXTEND DEADLINES TO MOVE FOR ATTORNEY'S FEES AND TO FILE A BILL OF COSTS** |

MORGAN VERKAMP, LLC

Having considered the arguments of relator Joshua Luke ("Relator") and defendants HealthSouth Corporation and HealthSouth of Henderson (collectively, the "Defendants") set forth in the Joint Motion to Extend Deadlines to Move for Attorney's Fees and to File a Bill of Costs, **IT IS HEREBY ORDERED** that:

1. Relator has up to and including December 13, 2019, of the deadline to move for attorney's fees and of the deadline to file a bill of costs; and
2. Defendants have up to and including December 27, 2019, of the deadline to file objections to a bill of costs.

**IT IS SO ORDERED:**

_____

THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: November 12, 2019.