1  JAMES J. PISANELLI
   Nevada Bar No. 4027
2  PISANELLI BICE PLLC
   400 S. 7th Street, Suite 300
3  Las Vegas, NV 89101
   Telephone: (702) 214-2100
4  Facsimile: (702) 214-2101
5  Email: jjp@pisanellibice.com

6  R. JEFFREY LAYNE (admitted *pro hac vice*)
   REED SMITH LLP
7  111 Congress Avenue, Suite 400
   Austin, TX 78701
8  Telephone: (512) 623-1801
   Facsimile: (512) 623-1802
9  Email: jlayne@reedsmith.com

10 JAMES L. SANDERS (admitted *pro hac vice*)
   REED SMITH LLP
11 1901 Avenue of the Stars, Suite 700
   Los Angeles, CA 90067
12 Telephone: (310) 734-5200
   Facsimile: (310) 734-5399
13 Email: jsanders@reedsmith.com

14 *Attorneys for Defendants HealthSouth Corp.
   And HealthSouth of Henderson, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* Joshua Luke,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHSOUTH CORPORATION, *et al.*<br><br>Defendants. | Case No. 2:13-cv-01319-APG-VCF<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANTS TO RESPOND TO RELATOR'S MOTION FOR ATTORNEYS' FEES AND EXPENSES AND TROUTMAN SANDERS LLP'S PETITION FOR PAYMENT OF ATTORNEYS' FEES** |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Plaintiff-Relator Joshua Luke ("Plaintiff"), as relator in this action, and Defendants HealthSouth Corporation and HealthSouth of Henderson, Inc. (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree, subject to this Court's approval, as follows:

1. Whereas, Plaintiff filed a Motion for Attorneys' Fees and Expenses (Dkt. #243) on December 13, 2019.

2. Whereas, Troutman Sanders LLP filed a Petition for Payment of Attorneys' Fees (Dkt. #242) on December 13, 2019.

3. Whereas, the deadline for Defendants to respond to Plaintiff's Motion for Attorneys' Fees and Expenses (Dkt. #243) and Troutman Sanders LLP's Petition for Payment of Attorneys' Fees (Dkt. #242) is currently December 27, 2019.

4. Whereas, Plaintiff has agreed to give Defendants until January 15, 2020 to respond to Plaintiff's Motion for Attorneys' Fees and Expenses (Dkt. #243) and Troutman Sanders LLP's Petition for Payment of Attorneys' Fees (Dkt. #242), and Troutman Sanders LLP does not object.

This stipulation is made in good faith, is not interposed for delay, and is not filed for an improper purpose.

| | |
|---|---|
| DATED this 24th day of December, 2019 | DATED this 24th day of December, 2019 |
| **PISANELLI BICE, PLLC** | **THORNDALL, ARMSTRONG, DELK, BALKENBUSH & EISINGER** |
| /s/ *James S. Pisanelli* | |
| JAMES J. PISANELLI | /s/ *Philip Goodhart* |
| Nevada Bar No. 4027 | PHILIP GOODHART |
| 400 S. 7th Street, Suite 300 | Nevada Bar No. 5332 |
| Las Vegas, NV 89101 | 1100 E. Bridger Avenue |
| | Las Vegas, NV 89101 |

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: December 26, 2019.

| | |
|---|---|
| DATED this 24th day of December, 2019 | DATED this 24th day of December, 2019 |
| **REED SMITH LLP** | **LAW OFFICE OF MERRIL HIRSH** |
| /s/ *R. Jeffrey Layne*<br>R. JEFFREY LANE<br>(admitted *pro hac vice*)<br>111 Congress Avenue, Suite 400<br>Austin, TX 78701<br>JAMES L. SANDERS<br>(admitted *pro hac vice*)<br>1901 Avenue of the Stars, Suite 700<br>Los Angeles, CA 90067 | /s/ *Merril Hirsh*<br>MERRIL HIRSH<br>(admitted *pro hac vice*)<br>2837 Northampton St., NW<br>Washington, D.C. 20015<br><br>**MORGAN VERKAMP LLC**<br><br>/s/ *Frederick M. Morgan*<br>FREDERICK M. MORGAN<br>(admitted *pro hac vice*)<br>SONYA A. RAO<br>(admitted *pro hac vice*)<br>35 East Seventh St., Suite 600<br>Cincinnati, OH 45202 |
| *Attorneys for Defendants HealthSouth Corp. And HealthSouth of Henderson, Inc.* | *Attorneys for Relator Joshua Luke* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: _____
CASE NO.: 2:13-cv-01319-APG-VCF

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

3

## CERTIFICATE OF SERVICE

I certify that on December 24, 2019, a copy of this document was filed using the Court's CM/ECF system. Copies of this document have been served by electronic means on all registered users of the Court's CM/ECF system who have appeared in this case, including the Troutman Sanders LLP attorneys who previously served as counsel of record for Plaintiff-Relator Joshua Luke.

*/s/ R. Jeffrey Layne*
R. Jeffrey Layne