# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America
ex. rel., et al

                Plaintiffs,

v.

Healthsouth Corporation, et al

                Defendants.

Attorney Fees

JUDGMENT IN A CIVIL CASE

Case Number: 2:13-cv-01319-APG-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered that relator Joshua Luke is entitled to $1,037,703.06 in attorneys' fees, costs, and expenses for the Morgan firm and $323,583.15 in attorneys' fees, costs, and expenses for the Hirsh firm. Troutman Sanders LLP is entitled to $200,688.73 in attorneys' fees.

March 11, 2020
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk