Philip Goodhart (Bar No. 5332)
PNG@thorndal.com
THORNDAL, ARMSTRONG, DELK
BALKENBUSH & EISINGER
1100 E. Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.366.0622
Facsimile: 702.366.0327

Merril Hirsh (admitted *pro hac vice*)
merril@merrilhirsh.com
LAW OFFICE OF MERRIL HIRSH PLLC
2837 Northampton St., NW
Washington, D.C. 20015
Telephone: 202.448.9020

Frederick M. Morgan (*pro hac vice*)
rmorgan@morganverkamp.com
Jennifer M. Verkamp (*pro hac vice*)
jverkamp@morganverkamp.com
Sonya A. Rao (*pro hac vice*)
sonya.rao@morganverkamp.com
Ian M. Doig (*pro hac vice*)
ian.doig@morganverkamp.com
MORGAN VERKAMP LLC
35 East Seventh Street, Suite 600
Cincinnati, OH 45202
Telephone:  513.651.4400
Facsimile:  513.651.4405

*Attorneys for Plaintiff-Relator Joshua Luke*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, Joshua Luke,<br><br>       Plaintiff,<br>v.<br><br>HEALTHSOUTH CORPORATION, HEALTHSOUTH OF HENDERSON, INC. and KENNETH BOWMAN,<br><br>       Defendants. | Case No.: 2:13-cv-01319-APG-VCF<br><br>**ORDER FOR FINAL JUDGMENT ON ATTORNEYS' FEES, COSTS, AND EXPENSES AWARDED TO MORGAN VERKAMP LLC AND THE LAW OFFICE OF MERRIL HIRSH PLLC** |

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, and finding that there is no just reason for delay, **IT IS HEREBY ORDERED** that:

1. Defendants shall pay $1,037,703.06 to Morgan Verkamp LLC in satisfaction of the attorney's fees, costs, and expenses incurred in this matter;

2. Defendants shall pay $323,583.15 to the Law Office of Merril Hirsh PLLC in satisfaction of the attorney's fees, costs, and expenses incurred in this matter; and

3. The Clerk shall enter a separate judgment reflecting this Order.

**IT IS SO ORDERED:**

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: 4/20/2020

2