AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America ex rel,
Joshua Luke

                Plaintiff,

v.

Healthsouth Corporation, et al.,

                Defendant.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:13-cv-01319-APG-VCF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Court' Order on Attorneys Fees, Judgment is entered as follows:

Defendants shall pay $1,037,703.06 to Morgan Verkamp LLC in satisfaction of the attorney's fees, costs, and expenses.
and
Defendants shall pay $323,583.15 to the Law Office of Merril Hirsh PLLC in satisfaction of the attorney's fees, costs, and expenses.

4/20/2020
Date

DEBRA K. KEMPI
Clerk

/s/ D. Reich-Smith
Deputy Clerk